**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-2133**

_____

EMMETT JOHNSON JAFARI,

                                      Plaintiff - Appellant,

      versus

GENERAL MOTORS CORPORATION; SATURN CORPORATION,

                                   Defendants - Appellees,

      and

SATURN OF RICHMOND, INCORPORATED,

                                          Defendant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-02-918)

_____

Submitted: March 29, 2004           Decided: May 7, 2004

_____

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Emmett Johnson Jafari, Appellant Pro Se. David Drake Hudgins, Sean Charles Edward McDonough, HUDGINS LAW FIRM, Alexandria, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Emmett Johnson Jafari appeals the district court's order accepting a magistrate judge's recommendation to grant Defendants' motion for summary judgment in this civil action, and a subsequent order denying Jafari's motion to vacate judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jafari v. Gen. Motors Corp., No. CA-02-918 (E.D. Va. Sept. 12, 2003; Aug. 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED